DAVID P. MASTAGNI (SBN 57721)
GRANT A. WINTER (SBN 266929)
**MASTAGNI HOLSTEDT, A.P.C.**
1912 I Street, Sacramento, CA 95811
Tel: (916) 446-4692
Fax: (916) 447-4614
*Email*: gwinter@mastagni.com

Attorneys for Plaintiffs
COY CAULFIELD and RENEE CAULFIELD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COY CAULFIELD, an individual; and RENEE CAULFIELD, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>THE HOME DEPOT; THE HOME DEPOT, INC.; HOME DEPOT STORE SUPPORT, INC.; HOME DEPOT U.S.A., INC.; HOME DEPOT PRODUCT AUTHORITY, LLC; NEW HOME DEPOT PRODUCT AUTHORITY, LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01316-DJC-AC<br><br>**NOTICE OF CONDITIONAL SETTLEMENT**<br><br><br><br>Action filed: May 22, 2023<br>Trial date: not set |

**TO COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that all parties have reached a conditional settlement in this action and will file a stipulation for dismissal upon completion of the terms of the settlement.

Dated: September 15, 2025　　　　　　　　　**MASTAGNI HOLSTEDT, A.P.C.**


　　　　　　　　　　　　　　　　　　　　By: /s/ *Grant A. Winter*
　　　　　　　　　　　　　　　　　　　　　　GRANT A. WINTER
　　　　　　　　　　　　　　　　　　　　　　Attorney at Law

---
1
NOTICE OF CONDITIONAL SETTLEMENT